Bosco A. Kante, Pro Se
2281069 Metavante Way
Sioux Falls, SD 57186
323-481-7372 (Phone)
323-417-4874 (FAX)
boscokante@gmail.com

Plaintiff

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 19 2011

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Bosco A. Kante, Pro Se,<br><br>Plaintiff,<br><br>McCurdy & Candler L.L.C., U.S. Bank National Association as Trustee for the Certificateholders of Banc of America Funding Trust 2007-7, Mortgage Electronic Registration Systems Inc., and Bank of America Home Loans Servicing, L.P. *formerly known as Countrywide Home Loans Servicing, L.P.*<br><br>Defendants | Case No. **1:10-cv-01972-JEC**<br><br>NOTICE OF APPEAL 12-17-11 |

## **NOTICE OF APPEAL 12-17-11**

NOTICE is hereby given that Plaintiff Bosco A. Kante (hereinafter "Plaintiff") in the above-styled proceeding in the above named case, hereby APPEALS to the

United States Court of Appeals for the Eleventh Circuit from the following orders/judgments:

Appeal from an order [78]Adopting Report and Recommendations [76] including Appealing all incorporated orders denying plaintiff's Emergency Motion for Temporary Restraining Order, Preliminary Injunction and Permanent Injunction [74] entered in this action on the 21st Day of November, 2011.

Respectfully submitted **This 17th Day of December, 2011**.

Dated: 12-17-11

Bosco A. Kante, Pro Se

**CERTIFICATE OF COMPLIANCE PURSUANT TO L.R. 7.1D**

The undersigned hereby certifies that the foregoing has been prepared using one of the font and point selections approved in LR NDGa 5.1.

**This 17th Day of December, 2011.**

_____

Bosco A. Kante, Plaintiff, Pro Se