IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BOSCO A. KANTE,

    Plaintiff,

v.

MCCURDY & CANDLER, L.L.C., et al.,

    Defendants.

CIVIL ACTION NO.

1:10-cv-1972-JEC

### **ORDER**

The above entitled action is presently before the Court on plaintiffs' Application to Appeal *In Forma Pauperis* [80]. On November 21, 2011, this Court issued an Order [78] adopting the magistrate judge's report and recommendation denying plaintiff's Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction [74]. On December 19, 2011, plaintiff filed a Notice of Appeal [79].

It is hereby Ordered that plaintiff's Application to Appeal *In Forma Pauperis* on Appeal [80] is hereby **DENIED**. Plaintiff has not shown a substantial likelihood of success in his underlying litigation.

AO 72A
(Rev.8/82)

SO ORDERED, this <u>4th</u> day of JANUARY, 2012.


                                      <u>/s/ Julie E. Carnes</u>
                                      JULIE E. CARNES
                                      CHIEF UNITED STATES DISTRICT JUDGE