```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

BOSCO A. KANTE,

     Plaintiff,

v.

CIVIL ACTION NO.
1:10-cv-1972-JEC

MCCURDY & CANDLER, L.L.C.,

     Defendants.

## ORDER

The above entitled action is presently before the Court on the Magistrate Judge's Report and Recommendation [94] recommending granting defendants' Motions to Dismiss [39, 41], denying as moot plaintiff's Motions for Temporary Restraining Orders [85, 86], and denying as moot plaintiff's Motion to Set Aside Forfeiture [90]. On February 14, 2012, plaintiff filed Objections [98] to the Report and Recommendation. The Court has reviewed the Report and Recommendation and finds the magistrate judge's conclusions to be well-founded.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [94] **GRANTING** defendants' Motions to Dismiss [39, 41]**, DENYING as moot** plaintiff's Motions for Temporary Restraining Orders [85, 86]**,** and **DENYING as moot** plaintiff's Motion to Set Aside Forfeiture [90].

It is further Ordered that plaintiff's Motion to Strike Doc 92 [95] and Motion to Stay Proceedings [97] are **DENIED as moot**. The Clerk shall close this case.

SO ORDERED, this 16th day of FEBRUARY, 2012.

<u>/s/ Julie E. Carnes</u>
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE