**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| BOSCO A. KANTE,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>MCCURDY & CANDLER., et al.,<br>　　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1: 10-CV-1972-JEC |

## J U D G M E N T

This action having come before the Court, Honorable Julie E. Carnes, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation as to defendants' Motions to Dismiss, and the Court having adopted said recommendation and granted said motions, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed** .

Dated at Atlanta, Georgia, this 16th day of February, 2012.

　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　By:   s/Denise D.M. McGoldrick

Prepared, Filed, and Entered
in the Clerk's Office
February 16, 2012
James N. Hatten
Clerk of Court

By: s/Denise D.M. McGoldrick
　　　　Deputy Clerk