## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 13, 2013

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number:  12-11421-FF
Case Style:  Bosco Kante v. McCurdy & Candler, LLC, et al
District Court Docket No:  1:10-cv-01972-JEC

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet K. Spradlin, FF/dc/
Phone #: (404) 335-6178

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 12-11421-FF

BOSCO A. KANTE,

                                                                                                    Plaintiff - Appellant,

versus

MCCURDY & CANDLER, L.L.C.,
U.S. BANK NATIONAL ASSOCIATION,
as Trustee for the Certificate Holders
of Banc of America Funding Trust 2007-7,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
BANK OF AMERICA HOME LOANS SERVICING, L.P.,
f.k.a. Countrywide Home Loans Servicing, L.P.,

                                                                                                Defendants - Appellees.

On Appeal from the United States District Court for the
Northern District of Georgia

BEFORE:    MARCUS and JORDAN, Circuit Judges.

BY THE COURT:

       The parties' joint motion to dismiss the appeal with prejudice, with the parties to bear their own costs, is GRANTED.